**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.  2:18-mn-2873-RMG<br>**Case No.:** 2:25-cv-11608-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35.  This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form.  Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court.  Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF").  As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | **3M Company (f/k/a Minnesota Mining and Manufacturing Company)** |
| Defendant 2 | **Arkema, Inc.** |
| Defendant 3 | **BASF Corporation, individually and as successor in interest to Ciba, Inc.** |
| Defendant 4 | **Ciba, Inc.** |
| Defendant 5 | **Buckeye Fire Equipment Company** |
| Defendant 6 | **Carrier Global Corporation, individually and as successor in interest to Kidde Fenwal, Inc** |
| Defendant 7 | **Kidde-Fenwal, Inc.** |
| Defendant 8 | **ChemDesign Products, Inc.** |
| Defendant 9 | **Chemguard, Inc.** |
| Defendant 10 | **Clariant Corporation, individually and as successor in interest to Sandoz Chemical Corp.** |
| Defendant 11 | **Sandoz Chemical Corporation** |
| Defendant 12 | **Corteva, Inc.** |
| Defendant 13 | **Du Pont de Nemours Inc.** |
| Defendant 14 | **Dynax Corporation** |
| Defendant 15 | **E.I. Du Pont De Nemours and Company** |
| Defendant 16 | **National Foam, Inc.** |
| Defendant 17 | **The Chemours Company** |
| Defendant 18 | **The Chemours Company FC, LLC** |
| Defendant 19 | **Tyco Fire Products L.P., as successor in interest to The Ansul Company** |
| Defendant 20 | **Allstar Fire Equipment** |
| Defendant 21 | **Fire-Dex, LLC** |
| Defendant 22 | **Globe Manufacturing Company, LLC** |
| Defendant 23 | **Honeywell Safety Products USA, Inc** |

| Defendant 24 | **Lion Group, Inc.** |
|---|---|
| Defendant 25 | **Mallory Safety And Supply, LLC** |
| Defendant 26 | **Municipal Emergency Services, Inc.** |
| Defendant 27 | **PBI Performance Products, Inc.** |
| Defendant 28 | **Perimeter Solutions LP** |
| Defendant 29 | **Southern Mills, Inc.** |
| Defendant 30 | **Stedfast Usa, Inc.** |
| Defendant 31 | **AGC Chemicals Americas Inc.** |
| Defendant 32 | **Amerex Corporation** |
| Defendant 33 | **Archroma U.S. Inc.** |
| Defendant 34 | **Carrier Fire & Security Corporation** |
| Defendant 35 | **Kidde, P.L.C.** |
| Defendant 36 | **Chemicals, Inc.** |
| Defendant 37 | **Chubb Fire, LTD.** |
| Defendant 38 | **Daikin Americak, Inc.** |
| Defendant 39 | **Deepwater Chemicals, Inc.** |
| Defendant 40 | **Fire Service Plus, Inc.** |
| Defendant 41 | **National Ford Chemical Company** |
| Defendant 42 | **United Technologies Corporation** |
| Defendant 43 | **UTC Fire & Americas Corporation (f/k/a GE Interlogix, Inc.)** |
| Defendant 44 | **W.L. Gore & Associates, Inc.** |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

☒      Diversity

☐      Federal Question

☐      The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐      Other: _____.

5.  Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

### Plaintiff's Allegations of Exposure

6.  Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

### Plaintiff's Alleged Injuries

7.  Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer
Testicular Cancer
Thyroid Disease
Ulcerative Colitis
Liver Cancer
Thyroid Cancer

8.  Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above.  Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I – Defective Design
> Count II – Failure to Warn
> Count III – Negligence
> Count IV – Negligence Per Se
> Count V – Trespass and Battery
> Count VI – Strict Product Liability
> Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII – Concealment, Misrepresentation, and Fraud
> Count IX – Conspiracy
> Count X – Wrongful Death
> Count XI – Loss of Consortium
>
> Other Causes of Action:
> Count XII – _____
> Count XIII – _____
> Count XIV – _____
> Count XV – _____
> Count XVI – _____
> Count XVII – _____
> Count XVIII – _____
> Count XIX – _____
> Count XX – _____
> Others
> _____
> _____
> _____

## Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: ___8/27/2025___                    Respectfully Submitted,


                                         **CAREY, DANIS & LOWE**

                                         /s/ *John Carey*

                                         John J. Carey
                                         Joseph P. Danis
                                         Andrew D. Steinger
                                         8235 Forsyth Boulevard
                                         Suite 1100
                                         St. Louis, MO 63105
                                         Telephone: (314) 725-7700
                                         Facsimile: (314) 721-0905
                                         jcarey@careydanis.com
                                         jdanis@careydanis.com
                                         asteiniger@careydanis.com